## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

PAMELA LOGSDON,                      )
                                     )
                    Plaintiff,       )
                                     )
vs.                                  )          Case No. CIV-14-366-M
                                     )
CAROLYN W. COLVIN, Acting            )
Commissioner of the Social Security  )
Administration,                      )
                                     )
                    Defendant.       )

## ORDER

On August 20, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report

and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of

the final decision of the Acting Commissioner of the Social Security Administration ("Acting

Commissioner") denying plaintiff's applications for disability insurance benefits under Title II of

the Social Security Act, 42 U.S.C. §§ 401-434. The Magistrate Judge recommended the Acting

Commissioner's decision be reversed and remanded for further proceedings. The parties were

advised of their right to object to the Report and Recommendation by September 3, 2015. A review

of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)     ADOPTS the Report and Recommendation [docket no. 16] issued by the Magistrate
        Judge on August 20, 2015;

(2)     REVERSES the decision of the Acting Commissioner;

(3)     REMANDS for further administrative proceedings consistent with the Report and
        Recommendation; and

(4)  ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 9th day of September, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE